**FILED**
**U.S. District Court**
**District of Kansas**
07/09/2026
**Clerk, U.S. District Court**
**By:** _SND_ **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RAFAEL PEREZ,

Petitioner,

v.                                                          CASE NO. 26-3191-JWL

STATE OF KANSAS,

Respondent.

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed on June 23, 2026 pursuant to 28 U.S.C. § 2254 by Petitioner Rafael Perez, a state prisoner currently incarcerated at Lansing Correctional Facility in Lansing, Kansas. (Doc. 1.) On July 8, 2026, the Court issued a memorandum and order (Doc. 8) discussing the lack of certification of the inmate account statement submitted in support of Petitioner's motion for leave to proceed in forma pauperis. (Doc. 8.) It has come to the Court's attention that the certification was, in fact, on another page of the statement. (*See* Doc. 7, p. 2.) Therefore, Petitioner may disregard the July 8, 2026 memorandum and order.

In order to proceed *in forma pauperis* in a federal habeas matter, a state prisoner must show a financial inability to pay the statutorily required filing fee. *Cf. DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991). The submitted inmate account statement reflects that as of April 30, 2026, Petitioner had an available balance of over $3,000.00. (Doc. 7, p. 1.) Thus, he has failed to show a financial inability to pay the $5.00 filing fee.

**IT IS THEREFORE ORDERED** that Petitioner may disregard the memorandum and order issued on July 8, 2026. (Doc. 8.) Petitioner's motions for leave to proceed in forma pauperis

1

(**Docs. 2 and 5**) are **denied.** Petitioner is granted until and including August 10, 2026 to pay the $5.00 filing fee for this case. If he fails to do so by the deadline, this case may be dismissed without prejudice and without further prior notice to him.

**IT IS SO ORDERED.**

DATED:   This 9th day of July, 2026, at Kansas City, Kansas.


S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2