**FILED**
**U.S. District Court**
**District of Kansas**
07/20/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RAFAEL PEREZ,

                    Petitioner,

         v.                                        CASE NO. 26-3191-JWL

STATE OF KANSAS,

                    Respondent.

## MEMORANDUM AND ORDER

Petitioner and state prisoner Rafael Perez began this case on June 23, 2026 by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) He has been denied leave to proceed in forma pauperis and has been granted to and including August 10, 2026 to pay the $5.00 filing fee. (Doc. 9.) This matter comes now before the Court on Petitioner's emergency motion for summary judgment. (Doc. 10.) The one-page motion includes no argument; it merely seeks an order granting summary judgment in Petitioner's favor. *Id.*

Summary judgment under Rule 56 of the Federal Rules of Civil Procedure is appropriate where "the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Petitioner has not shown that he is entitled to judgment as a matter of law, so his motion will be denied. In addition, the Rules Governing Section 2254 Cases in the United States District Courts anticipate the filing of a petition, an answer, and a reply to the answer. *See* Rules 2 and 5, 28 U.S.C. foll. § 2254. They do not contemplate resolution of federal habeas cases from state-prisoner petitioners via summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that Petitioner's motion for summary judgment (**Doc.**

1

**10**) is **denied.** The $5.00 filing fee remains due on August 10, 2026. Once payment is received, the Court will review the petition and issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 20th day of July, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2